OF

# THE SUPREME COURT

OF THE

## STATE OF ILLINOIS,

APRIL TERM, 1858, AT OTTAWA.

———◆◆◆◆———

### ABRAHAM v. HUNTINGTON et al.

The Circuit Court must approve an appeal bond; that power cannot be delegated to the Clerk.

THIS was a motion to dismiss the appeal, because the appeal bond filed in said cause was not approved by the Circuit Court, but was approved by the clerk; the order allowing the appeal directed that the bond should be filed within thirty days, and approved by the clerk.

*Per Curiam.* The bond in this appeal was not taken as required by law. The court should approve of the bond; that power cannot be delegated to the clerk.